# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | )   CR. NO.  3:10-cr-14-WKW |
| | ) |
| **FLESTER LEE CROWELL, ET AL.** | ) |

**O R D E R**

Upon consideration of the Motion to Dismiss the Original Indictment, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby is granted.  It is, therefore, CONSIDERED, ORDERED, ADJUDGED and DECREED by the Court that said motion be and the same is hereby granted.

DONE this _____day of January, 2011.

_____
UNITED STATES DISTRICT JUDGE