IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 3:10-CR-14-WKW |
| ) | |
| FLESTER CROWELL ) | |

## SENTENCING MEMORANDUM

**COMES NOW** the Defendant, **FLESTER CROWELL**, through Undersigned Counsel, Donnie W. Bethel, and provides this Sentencing Memorandum to assist the Court in determining an appropriate sentence in this case.

1. In 1996, Flester Crowell became a small business owner when opened his own auto repair shop in Phenix City, Alabama. However, years of hard work couldn't compete with the worst economic downturn since the 1930s, and his business fell on hard times in 2008. Out of desperation, Mr. Crowell accepted an offer he should have refused–he agreed to let men who were in the business of selling marijuana use his auto shop to repackage their product that was shipped in from out of state. Mr. Crowell allowed these men to use his shop in exchange for having the rent paid for the property on which he operated his business. He has never sold marijuana himself.

2. Years before he opened his business, in 1992 Mr. Crowell had obtained a pistol permit that allowed him to carry a concealed firearm. He maintained that permit continuously until 2010. Many years before he made the mistake of becoming involved with the codefendants in this case, Mr. Crowell purchased a two-shot .38 caliber derringer pistol, and

he routinely carried that gun for his own protection.

3.      On the day that law enforcement agents arrested Mr. Crowell in this case, he was apprehended as he was leaving his business premises in his truck.  He was found to have the .38 caliber derringer in his pocket–as he left his codefendants and the marijuana behind.

4.      Mr. Crowell has one very significant objection to the Presentence Investigation Report (PSR):  he objects to the two-level enhancement that the Probation Officer (PO) assessed under United States Sentencing Commission Guidelines Manual (Guidelines) § 2D1.1(b)(1).  The PO included this enhancement because Mr. Crowell had his two-shot, .38 caliber derringer in his possession at the time that he was arrested.  Mr. Crowell disputes that this gun had any connection whatsoever to the drug-trafficking offense to which he pled guilty.

5.      This enhancement is particularly pivotal to the Court's determination of Mr. Crowell's Guidelines range. The offense to which Mr. Crowell pled guilty carries a mandatory minimum sentence of 10 years. If the Court overrules Mr. Crowell's objection, not only would he face the mandatory-minimum sentence of 10 years in prison, he would also be disqualified from the application of Guidelines § 5C1.2, commonly known as the safety valve.  However, if the Court sustains Mr. Crowell's objection, he would be eligible for the application of the safety valve provision, which would mean that his Guidelines range would be calculated without regard to the mandatory minimum.  As a result, his Guidelines range would be 70 to 87 months–a difference of mor than four years.

6.      The enhancement in question does not apply if "it is clearly improbable that the weapon was connected with the offense."  USSG § 2D1.1, Application Note 3.  Mr. Crowell

contends that it is, in fact, clearly improbable that his derringer was connected with the drug offense to which he has pled guilty.

7. Mr. Crowell has had a concealed carry permit in Russell County since 1992–LONG before he became part of the conspiracy in this case. The gun that Mr. Crowell carried on his person was .38 caliber derringer. This gun fires only two rounds and fits in the palm of one's hand–a gun that is clearly designed for personal protection and hardly the type of firearm that one would associate with drug trafficking. Further, when Mr. Crowell was leaving the location where the marijuana was located, he took the gun with him; no one else even knew that he had the gun. High-powered handguns that fire much more than two rounds of ammunition, high-powered rifles with large magazines, shotguns, machine guns–these are the tools of the drug trade, not a derringer. It borders on the absurd to suggest that Mr. Crowell possessed a two-shot derringer for the purpose of somehow protecting the marijuana or his codefendants found at his place of business–*especially* in light of the fact that Mr. Crowell and the gun were leaving the premises at the time he was apprehended. The simple fact is that Mr. Crowell was merely carrying his gun with him as he left his business, just as he had done countless times over many years–including many years *before* he ever became involved in this case.

8. Further, it is important to note, as part of the plea agreement, that the Government agreed to *dismiss* the 18 U.S.C. § 924(c) count that charged Mr. Crowell with carrying a firearm in furtherance of a drug trafficking crime. The Government rarely agrees to dismiss such counts. The logical conclusion is that the Government agreed to drop this

count because it is likely that Mr. Crowell would have been found not guilty of this charge at trial.

Dated this 25th day of January, 2011.

Respectfully submitted,

/s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
817 South Court Street
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CR. NO. 3:10-CR-14-WKW |
| | ) | |
| **FLESTER CROWELL** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Susan Redmond, Assistant United States Attorney.

    Respectfully submitted,

    /s/ Donnie W. Bethel
    DONNIE W. BETHEL
    Assistant Federal Defender
    817 South Court Street
    Montgomery, Alabama 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    E-mail: don_bethel@fd.org
    IN Bar Code: 14773-49