IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) |
| | ) |
| | ) |
| FLESTER LEE CROWELL | )   Docket No. **3:10CR014-WKW-001** |

The Court finds after considering all available evidence that the defendant is not likely to flee or pose a danger to the safety of any other person or the community if released pending **voluntary surrender**.

[X] A. It is ordered that the defendant be released and continued under the same conditions imposed by the U. S. Magistrate Judge on **February 24, 2010.**

[ ] B. It is ordered that the defendant be remanded to the custody of the U.S. Marshal until the defendant posts the required bond as Ordered and/or agrees to comply with any other Ordered conditions of release as follows:

   The defendant shall:

   [ ] 1. Execute an unsecured bond in the amount of $_____.

   [ ] 2. Execute a bail bond with surety in the amount of $_____.

   [ ] 3. Not commit a federal, state or local crime during the period of release.

   [ ] 4. Refrain from possessing a firearm or other dangerous weapon.

   [ ] 5. Report to the Chief U. S. Probation Officer of this District, or his designee, in accordance with instructions.

   [ ] 6. Avoid all contact with the following named persons who are alleged victims and/or witness involved in this case:
   _____

   [ ] 7. Refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance as defined in Section 102 of the Controlled Substances Act (21 U.S.C. 802) without a prescription by a licensed medical practitioner.

   [ ] 8. Be restricted to travel in _____.

   [ ] 9. Random drug testing as directed by the Probation Officer and participate in a drug treatment program if deemed necessary by the Probation Officer.

DATE: 1-26-2011

_____
U.S. District Judge